**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER COMBS,** | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO.** |
| | § | **6:26-cv-235** |
| | § | |
| **CHARLES GREGORY, *et al.*** | § | |
| ***Defendants*** | § | |

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2, Plaintiffs provide the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock: **None**.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

| | | | |
|---|---|---|---|
| **Plaintiff:** | **JENNIFER COMBS** | **Defendants:** | **CHARLES GREGORY**<br>**CAMERON BECKHAM**<br>**MARIE BANNISTER**<br>**CITY OF TRINIDAD, TEXAS**<br>**TEXAS MUNICIPAL LEAGUE-INTERGOVERNMENTAL RISK POOL** |

MAY 19, 2026

Respectfully submitted,

CJ Grisham
Texas State Bar no. 24124533

3809 S. General Bruce Dr.
Suite 103-101
Temple, Texas 76504
P: 254-405-1726
Email: cj@cjgrisham.com

CERTIFICATE OF SERVICE

I, CJ GRISHAM, do hereby certify that service of a true and correct copy of the foregoing document will be served electronically c/o U.S. District Court, Eastern District of Texas-Tyler Division, via the Court's Automatic Filing System, this 19th day of May, 2026.

______________________
CJ Grisham