UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00235

———

**Jennifer L. Combs,**
*Plaintiff,*

v.

**Charles Gregory et al.,**
*Defendants.*

———

# ORDER REFERRING

Plaintiff brought this action under 42 U.S.C. § 1983 for alleged violations of her constitutional rights. Doc. 1. The court designates a magistrate judge to the full extent authorized by 28 U.S.C. § 636(b)(1) to handle this matter.

*So ordered by the court on June 1, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 1 -