**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas; CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department; MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas; and THE CITY OF TRINIDAD, TEXAS**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:26-cv-235** |

**NOTICE OF APPEARANCE OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW The City of Trinidad, Texas, Chief Charles W. Gregory, Officer Cameron Beckham, and Councilwoman Marie Bannister, Defendants in the above-styled and -referenced cause, and hereby designate David Iglesias, of IGLESIAS, PLLC, 501 Shelley Drive, Suite 125, Tyler, Texas, 75701, as lead counsel of record on their behalf. The above-named Defendants respectfully request that Mr. Iglesias receive all notices, correspondence, and pleadings from the Court and all counsel of record.

Respectfully submitted,

David Iglesias
**David Iglesias**

Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**Zachary T. Smith**
State Bar No. 24140683
zachary@iglesiaslawfirm.com

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**COUNSEL FOR DEFENDANTS, THE CITY OF TRINIDAD, TEXAS, CHIEF CHARLES W. GREGORY, OFFICER CAMERON BECKHAM, COUNCILWOMAN MARIE BANNISTER**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2026, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action the Court's electronic filing system, and electronic mail.

David Iglesias