EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Jennifer Lynn Combs
Plaintiff

v.

Civ. No. 6:26-cv-235

The City of Trinidad, Texas, et al.
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Defendant, The City of Trinidad, Texas

Date Party's answer was originally due: 07/28/2026

Date Party's answer is now due (must not exceed 45 days after original due date): 08/28/2026

Date: 07/15/2026

/s/

Full Name: Zachary T. Smith
State Bar No.: 24140683
Address: 501 Shelley Drive, Suite 125
Tyler, Texas 75701

Phone: (903) 944-7185
Fax: (903) 630-5338
Email: zachary@iglesiaslawfirm.com

**Please note:**

- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)