**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas;**<br>**CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department;**<br>**MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas;**<br>**and THE CITY OF TRINIDAD, TEXAS**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:26-cv-235** |

**<u>ORDER</u>**

CAME ON this day for consideration Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6). The Court, after considering the pleadings, papers, and arguments of counsel, is of the opinion that such Motion is well-taken and should be GRANTED.

It is therefore ORDERED that Defendants' Motion to Dismiss 12(b)(6) is hereby in all things GRANTED. Each and every claim in the present litigation is hereby DISMISSED WITH PREJUDICE. All relief not specifically granted herein is hereby denied.