**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS,** | § | |
| **Plaintiff,** | § | **Civil Action No.** |
| | § | **6:26-cv-00235-JCB-JDL** |
| **v.** | § | |
| | § | |
| **CHARLES W. GREGORY, et. al.,** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE CV-7(a)(1)**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Jennifer Lynn Combs files this Unopposed Motion for Leave to Exceed the Page Limitation of Local Rule CV-7(a)(1) and, in support, respectfully shows the Court as follows:

1. Local Rule CV-7(a)(1) provides that a response to a case dispositive motion "shall not exceed thirty pages, excluding attachments, unless leave of court is first obtained." Plaintiff seeks that leave before filing.

2. Defendants have moved to dismiss the Complaint in its entirety under Federal Rule of Civil Procedure 12(b)(6). Plaintiff's Response, inclusive of the caption, table of contents, and table of authorities, is forty-five pages. Plaintiff requests leave to file the Response at that length.

3. Good cause supports the request. Defendants' motion is a single joint motion filed on behalf of four Defendants: a chief of police sued individually and in his official capacity, a police officer sued individually and in his official capacity, a city councilwoman sued individually and in her official capacity, and the City of Trinidad. The Complaint pleads one hundred fourteen paragraphs and seven counts.

4. The motion advances independent grounds for dismissal that do not overlap and that cannot be answered together. Those grounds include qualified immunity as to each individual Defendant on both prongs; the existence of probable cause and arguable probable cause under Texas Penal Code § 42.06; the independent intermediary doctrine; the comparator requirement of *Nieves v. Bartlett*; the government speech doctrine; prior restraint; subjective chill under Laird v. Tatum; the absence of personal involvement as to two Defendants; the intracorporate conspiracy doctrine; the class-based animus requirement of 42 U.S.C. § 1985(3); municipal liability under Monell on pattern, final policymaker, failure to train, and ratification theories; and the justiciability of the claims for declaratory and injunctive relief.

5. Local Rule CV-7(d) contemplates that a response will state the reasons in opposition to the relief requested, and a ground left unanswered may be treated as unopposed. A response that addresses each of the grounds identified above, and that does so on the pleadings rather than by argument from matters outside them, cannot

be compressed into thirty pages without abandoning grounds Plaintiff is obliged to answer.

6. Local Rule CV-7(a)(1) additionally requires that a response to a case dispositive motion include a response to the movant's statement of the issues. That required section, together with the table of contents and table of authorities that make a brief of this length usable by the Court, consumes pages that would otherwise be available for argument.

7. Plaintiff has worked to keep the Response as short as the subject matter permits. She has removed an entire argument section, consolidated her citations, and eliminated redundant material. The remaining length reflects the number of independent grounds the motion raises, not repetition.

8. No party will be prejudiced by the requested leave. Defendants may seek a corresponding enlargement of the ten-page limitation applicable to their reply, and Plaintiff will not oppose a reasonable request for that relief.

9. This motion is filed separately and immediately before the document for which leave is sought, consistent with Local Rule CV-7(k). A proposed order is submitted with this motion.

WHEREFORE, Plaintiff Jennifer Lynn Combs respectfully requests that the Court grant leave to file her Response in Opposition to Defendants' Motion to

Dismiss not to exceed forty-five pages, and grant Plaintiff such other and further relief to which she may be justly entitled.

Respectfully submitted,

GFA LAW, PLLC

**CJ Grisham**
State Bar No. 24124533
cj@gfalaw.us
Ryan Franceschina
State Bar No. 24151119
ryan@gfalaw.us
3809 S. General Bruce Dr.
Suite 103-101
Temple, Texas 76502
Telephone: 254-405-1726

**ATTORNEYS FOR PLAINTIFF JENNIFER LYNN COMBS**

## CERTIFICATE OF CONFERENCE

On August 29 2026, counsel for Plaintiff conferred with Zachary Smith counsel for Defendants, by email regarding the relief requested in this motion. Counsel for Defendants stated that Defendants are unopposed to the relief requested.

*/s/ CJ Grisham*
**CJ Grisham**

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026, a true and correct copy of the foregoing was served upon all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ CJ Grisham*
**CJ Grisham**