**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS,** | § | |
| **Plaintiff,** | § | **Civil Action No.** |
| | § | **6:26-cv-00235-JCB-JDL** |
| **v.** | § | |
| | § | |
| **CHARLES W. GREGORY, et al.,** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMITATION OF LOCAL RULE CV-7(a)(1)**

Before the Court is Plaintiff's Unopposed Motion for Leave to Exceed the Page Limitation of Local Rule CV-7(a)(1). Having considered the motion, the Court finds that it is well taken and should be GRANTED.

It is therefore ORDERED that the motion is GRANTED. Plaintiff may file her Response in Opposition to Defendants' Motion to Dismiss not to exceed forty-five (45) pages, excluding attachments.

So ORDERED and SIGNED this _____ day of ______________, 2026.

________________________________
**UNITED STATES DISTRICT JUDGE**