**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS,** | § | |
| **Plaintiff,** | § | **Civil Action No.** |
| | § | **6:26-cv-00235-JCB-JDL** |
| **v.** | § | |
| | § | |
| **CHARLES W. GREGORY, et. al.,** | § | **JURY TRIAL DEMANDED** |
| **Defendants.** | § | |

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants' Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 13). Having considered the motion, Plaintiff's Response in Opposition (Dkt. No. 16), the pleadings on file, and the applicable law, the Court finds that the motion should be DENIED.

It is therefore ORDERED that Defendants' Motion to Dismiss (Dkt. No. ____) is DENIED in its entirety.

It is further ORDERED that Defendants shall answer or otherwise respond to the Complaint within fourteen days of the date of this Order.