**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas;**<br>**CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department;**<br>**MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas;**<br>**and THE CITY OF TRINIDAD, TEXAS**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:26-cv-235** |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO REPLY TO PLAINTIFF'S RESPONSE TO ITS MOTION TO DISMISS**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendants' in the above-styled and -numbered cause, and files their Unopposed Motion to Extend Deadline to Reply to Plaintiff's Response to Its Motion to Dismiss and would respectfully show unto the Court as follows:

The undersigned represents Defendants in *James Scott, et al. v. City of Rockwall, Texas,* Cause No. DC-25-09837, in the 116th Judicial District Court of Dallas County, and is preparing witnesses for trial scheduled for Monday, September 14, 2026, along with preparing for a pre-trial conference on Friday, September 4, 2026.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court extend the existing deadline for its reply deadline from September 8, 2026, to September 22, 2026, and seeks any other relief, at law or in equity, to which it may show itself to be justly entitled.

Respectfully submitted,

**Zachary T. Smith**
State Bar No. 24140683
zachary@iglesiaslawfirm.com

**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**COUNSEL FOR DEFENDANTS, CHARLES W. GREGORY, CAMERON W. BECKHAM, MARIE BANNISTER, AND THE CITY OF TRINIDAD, TEXAS**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 4, 2026, the undersigned conferred with counsel for Plaintiff regarding his position on this Motion as required by Local Rule CV-7(h). Plaintiff's counsel indicated that he is unopposed to the relief requested in this Motion.

Zachary Smith

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the foregoing was transmitted to all counsel of record in the above-referenced and -numbered action via the Court's electronic filing system, and electronic mail.

Zachary Smith