**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:26-cv-235** |
| | § | |
| **CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas; CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department; MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas; and THE CITY OF TRINIDAD, TEXAS** | § § § § § § § § § § § § § § | |
| | § | |
| ***Defendants*.** | § | |

**ORDER**

COME ON this day for consideration the Defendants' Unopposed Motion to Extend Deadline to Reply to Plaintiff's Response to Its Motion to Dismiss by two weeks. The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be granted. It is therefore ORDERED that the Defendants' deadline to reply is hereby extended up to and including September 22, 2026.