**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS** | § | |
| | § | |
| ***Plaintiffs*,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:26-cv-235** |
| | § | |
| **CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas; CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department; MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas; and THE CITY OF TRINIDAD, TEXAS** | § | |
| | § | |
| ***Defendants*.** | § | |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

COMES NOW the City of Trinidad, Texas, Defendant in the above-numbered and –referenced action, and files this its Motion for Leave to File Excess Pages, and would respectfully show unto the Court as follows:

Good cause supports this request. On August 28, 2026, Plaintiff's counsel requested Defendants' consent to exceed the page limitation applicable to her response to Defendants' Motion to Dismiss. Defendants agreed. Plaintiff subsequently filed a Response spanning approximately thirty-nine pages of substantive argument, roughly nine pages beyond the applicable limit. Defendants will keep their reply as concise as possible, but the additional length of Plaintiff's Response requires a corresponding expansion of the reply in order to address her

arguments adequately. Granting this request will not prejudice any party or delay these proceedings.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests that the Court grant leave to file a reply brief exceeding the page limitation set forth in Local Rule CV-7.2(c), and for such other relief to which it may be justly entitled.

Respectfully submitted,

**Zachary T. Smith**
State Bar No. 24140683
zachary@iglesiaslawfirm.com

**David Iglesias**
Lead Counsel
State Bar No. 24051733
david@iglesiaslawfirm.com

**IGLESIAS, PLLC**
501 Shelley Drive, Suite 125
Tyler, Texas 75701
Telephone: (903) 944-7185
Facsimile: (903) 630-5338

*Dallas Office:*
1412 Main Street, Suite 608
Dallas, Texas 75202

**COUNSEL FOR DEFENDANTS, CHARLES W. GREGORY, CAMERON W. BECKHAM, MARIE BANNISTER, AND THE CITY OF TRINIDAD, TEXAS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a copy of the foregoing was transmitted to all counsel of record in the foregoing case via electronic mail and the Court's electronic filing system.

Zachary Smith

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 3, 2026, the undersigned conferred with Plaintiffs' Counsel regarding their position on this Motion as required by Local Rule CV-7.2(c). Counsel discussed this motion and Plaintiffs' request for a reciprocated agreement to their response. Plaintiffs' Counsel is unopposed to this motion. The Undersigned conferred with co-defense counsel regarding their position on this motion and they are unopposed. Finally, the City of Trinidad does not oppose a request for similar relief made by Plaintiffs or co-Defendant.

Zachary Smith