**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas;**<br>**CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department;**<br>**MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas;**<br>**and THE CITY OF TRINIDAD, TEXAS**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:26-cv-235** |

**ORDER**

CAME ON this day for consideration Defendants' Unopposed Motion for Leave to File Excess Pages to its Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) (Doc #18). The Court, having considered the pleadings and arguments of the parties, is of the opinion that such Motion is well-taken and should be GRANTED. It is therefore ORDERED that Defendants' Unopposed Motion for Leave to File Excess Pages to its Reply to Plaintiff's Response in Opposition to Defendants' Motion to Dismiss Pursuant to FRCP 12(b)(6) is hereby in all things GRANTED.

**So ORDERED and SIGNED this 8th day of September, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE