**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas;**<br>**CAMERON BECKHAM, individually and in his official capacity as and Officer, Trinidad Police Department;**<br>**MARIE BANNISTER, individually and in her oficial capacity as City Councilwoman, City of Trinidad, Texas;**<br>**and THE CITY OF TRINIDAD, TEXAS**<br><br>***Defendants*.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 6:26-cv-235** |

**ORDER**

COME ON this day for consideration the Defendants' Unopposed Motion to Extend Deadline to Reply to Plaintiff's Response to Its Motion to Dismiss (Doc # 17) by two weeks. The Court, after considering the pleadings, the arguments of counsel, and the applicable law, is of the opinion that such Motion is well-taken and should be GRANTED. It is therefore ORDERED that the Defendants' deadline to reply is hereby extended up to and including September 22, 2026.

**So ORDERED and SIGNED this 8th day of September, 2026.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE