**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **JENNIFER LYNN COMBS,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 6:26-cv-00235-JCB-JDL** |
| | § | |
| **CHARLES W. GREGORY, individually and in his official capacity as Chief of Police of the City of Trinidad, Texas; CAMERON BECKHAM, individually and in his official capacity as Officer, Trinidad Police Department; MARIE BANNISTER, individually and in her official capacity as City Councilwoman, City of Trinidad, Texas; and THE CITY OF TRINIDAD, TEXAS,** | § § § § § § § § § § | |
| | § | |
| ***Defendants.*** | § | |

**MEDIATOR'S REPORT**

The undersigned attorney was selected by Plaintiff and Defendants to serve as the mediator for the above referenced action. A mediation conference was thereafter conducted in this case on November 16, 2026, at the offices of the undersigned mediator. All parties and their counsel appeared and participated in the mediation. The case did not settle at mediation and an IMPASSE was declared. The undersigned has advised the parties that I remain available to assist with any further mediation efforts in this action, either at the request of the parties or at the direction of the Court.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Andy Tindel*
Andy Tindel
Texas State Bar No. 20054500
MT² LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 657-6003
Email: atindel@andytindel.com

***Agreed Mediator***

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, per E. DIST. TEX. LOC. CT. R. CV-5(a)(3) on the 16th day of November 2026.

*/s/ Andy Tindel*
Andy Tindel